**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

NATHAN SMITH, JR.                                                                                            PLAINTIFF

V.                                                                        CIVIL ACTION NO. 1:13-CV-00059-SA-DAS

LOWNDES COUNTY, MISSISSIPPI                                                                   DEFENDANT

## ORDER

Pursuant to a Memorandum Opinion issued this day, the Court finds Plaintiff's Motion for a Non-Suit, Without Prejudice [37] is well taken and shall be GRANTED. This action is dismissed without prejudice, and this case is CLOSED.

SO ORDERED, this the 8th day of April, 2014.

                                                            /s/ Sharion Aycock
                                                          UNITED STATES DISTRICT JUDGE